BC

FILED
4/18/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VKM

\IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEREN DISTRICT OF ILLINOIS

EASTER DIVISION

| | | |
|---|---|---|
| PRINCESS DEMPSEY | ) | |
| Plaintiff, | ) | |
| | ) | Case No 1:24-CV-00577 |
| VS. | ) | Honorable LaShonda A. Hunt |
| | ) | Magistrate Judge Jeffery Cole |
| WHITE CASTLE SYSTEMS, INC | ) | |
| And LESLIE KUJAT | ) | |

Amended Complaint

1, Plaintiff, Princess Dempsey is an African American woman, a citizen of United States and a resident of Broadview, Illinois,

2. Defendant Leslie Kujat is an African American woman, who currently is a, District Supervisor employed by White Castle System Inc. acting within the scope of her employment and under the color of law.

3. Defendant White Castle System, Inc a private business restaurant for Fast food business with over 200 employees and several location

4. On June 22, 2023, Plaintiff Princess Dempsey an employee of White Castle Systems as a General Manager, upon that day,

5, Defendant Leslie Kujat District Supervisor, Aris Compton General Manager, was present at the location of Chester Desai Store, General Manager to hand out a check for the donation that were collected fro

in our District.

6.. Defendant Leslie Kujat started a conversation regarding the Rich White People going into the titanic Plaintiff Princess Dempsey Made a comment that her ex-husband who is Italian and Irish will never Spend that kind of money to go down below upon making that comment Plaintiff Princess Dempsey was Punched in the arm by my District Supervisor Leslie Kujat.

7. Defendant Leslie Kujat District Supervisor after punching the Plaintiff in the arm hard, stating you make me go there. Plaintiff Princess Dempsey begin to tear up in the face so Defendant Leslie Kujat ask the Plaintiff Princess Dempsey and the other General Manager that was Present Aris Compton to step outside of the White Castle located in Hoffman Estate.

8. Plaintiff Princess Dempsey 'stated I didn't say anything wrong for you to punch Defendant Leslie Kujat stated we can't say white folks, Plaintiff stated I was speaking about my ex-husband who I was married too and how he would not spend that kind of money I didn't deserve to get punch. Defendant Leslie Kujat apologize and they all left the location. .

9. Plaintiff Princess Dempsey text Maureen Scheeringa who Plaintiff Princess Dempsey was on a buddy system that White Castle created, telling Maureen Scheeringa what happened with being punch in the arm by the District Supervisor Leslie Kujat, asking her who

should she report the matter to. Maureen Scherringa General Manager at White Castle recommended to Plaintiff Princess Dempsey to report the matter to team member services Ben Spies human resource

10. Plaintiff Princess Dempsey contacted Ben Spires, who took the report and informed Plaintiff Princess Dempsey that he would have to notified the Defendant that it was a complaint against her Plaintiff Princess Dempsey told Ben Spies she was going to attack her once she's find out I reported her to Human Resource, Plaintiff Princess Dempsey stated she feared what she will do

11. Defendant Leslie Kujat 2nd attack on Plaintiff Princess Dempsey, trying to write her up stating she was not in Uniform, However White Castle does not have a Uniform policy for General Manager, only team member and crew manager only

12. Defendant Leslie Kujat 3rd attack two of the Crew Manager had switch there shift, which was approved by the District Supervisor Leslie Kujat Plaintiff Princess Dempsey stated they took a different day of rest, but District Supervisor did not contact General Manager of the store, Defendant was talking directly to the Crew Manager not informing the General Manager, so I refuse to sign write up I had nothing to do with.

13. One month after reporting the incident Defendant Leslie Kujat ask the Plaintiff Princess Dempsey to come into the office. present was John Whitaker Regional Manager and Manny Thakker other District Supervisor

14. Plaintiff Princess Dempsey was placed on a Performance Plan because she was borrowing from other castle according to the Defendant Leslie Kujat, Plaintiff Princess Dempsey stated the other location also borrowing f rom her store as well. Plaintiff Princess Dempsey ask John Whitaker. Regional director for a transfer out of the District, He denied it and respond just deal with if there will be no transfer.

15. Plaintiff Princess Dempsey stated you're keeping me in a holistic environment. So upon the first visited to White Castle 51 Plaintiff Princess Dempsey was presented with an Old Inspection sheet that was Not used in any of the stores as long as I've been a General Manager I've never seen this sheet. before Plaintiff Princess Dempsey was told by Defendant Leslie Kujat and Manny Thankker District Supervisor this was a guide line and it will help them, Upon arrived at the Store.

16. Plaintiff Princess Dempsey stated that the Department of Health Department Passed the store inspection also stated her stores was in Gold Status with the company as of year to date, Store sales increased Manny Thakker District Supervisor stated number doesn't matter

17. On 11/6/2023 Upon Defendant Leslie Kujat checking the schedule, Told Plaintiff Princess Dempsey to come in early due to she has restriction on driving at night which Plaintiff agree to coming in. After completion of there inspection Plaintiff Princess Dempsey ask Defendant Leslie Kujat if she could run home to get her medicine due to the Plaintiff Princess Dempsey medical conditions, Defendant Leslie Kujat stated just wait to the manager come at night to go, Plaintiff Princess Dempsey stated she need to go. Defendant Leslie Kujat stated no, I'm leaving. The manager

never showed up that night leaving the Plaintiff to work 16 hours with no medicine

18.On 11/7/2023 Plaintiff Princess Dempsey, was put on medical leave doctor's orders. White Castle was notified that Plaintiff Princess Dempsey was under doctor care and off sick leave for an entire month

19.Upon return 12/8//2024 Plaintiff Princess Dempsey met in the White Castle office again with Defendant Leslie Kujat, District Supervisor Manny Thakker, Regional Manager John Whitaker they discuss she was on an Performance Plan to get White Castle store in order Plaintiff Princess Dempsey stated she was out for an entire month and nothing was done a at the store?

19 On 12/13/2024 John Whitaker send me an email stating how great of a job I was doing and keeping my store a Gold Status my evaluation were 3.0 and a 3.5.

20. Defendant Leslie Kujat and District Manny Thakker arrived at the store two week later to inspected the store staying it was not clean enough the door has finger print on them, the Ice machine needed wipe down the cup in the back need to be wipe down. Plaintiff Princess Dempsey ask them both are you trying to fire me cause what you are doing is not White Castle, you are now creating something my staff cleans every morning. District Manny Thakker stated you have the right to feel that way.

21 On 1/9/2024 Defendant Leslie Kujat arrived at my White Castle John Whitaker Regional Director, and Ben Spies Team Member Services Manager, called me into the Lobby and Stated they was terminating my employment with the company. Plaintiff Princess Dempsey ask why, John Whitaker stated I was not meeting there

14. Plaintiff Princess Dempsey was placed on a Performance Plan because she was borrowing from other castle according to the Defendant Leslie Kujat, Plaintiff Princess Dempsey stated the other location also borrowing f rom her store as well. Plaintiff Princess Dempsey ask John Whitaker. Regional director for a transfer out of the District, He denied it and respond just deal with if there will be no transfer.

15. Plaintiff Princess Dempsey stated you're keeping me in a holistic environment. So upon the first visited to White Castle 51 Plaintiff Princess Dempsey was presented with an Old Inspection sheet that was Not used in any of the stores as long as I've been a General Manager I've never seen this sheet. before Plaintiff Princess Dempsey was told by Defendant Leslie Kujat and Manny Thankker District Supervisor this was a guide line and it will help them, Upon arrived at the Store.

16. Plaintiff Princess Dempsey stated that the Department of Health Department Passed the store inspection also stated her stores was in Gold Status with the company as of year to date, Store sales increased Manny Thakker District Supervisor stated number doesn't matter

17. On 11/6/2023 Upon Defendant Leslie Kujat checking the schedule, Told Plaintiff Princess Dempsey to come in early due to she has restriction on driving at night which Plaintiff agree to coming in. After completion of there inspection Plaintiff Princess Dempsey ask Defendant Leslie Kujat if she could run home to get her medicine due to the Plaintiff Princess Dempsey medical conditions, Defendant Leslie Kujat stated just wait to the manager come at night to go, Plaintiff Princess Dempsey stated she need to go. Defendant Leslie Kujat stated no, I'm leaving. The manager

never showed up that night leaving the Plaintiff to work 16 hours with no medicine

18.On 11/7/2023 Plaintiff Princess Dempsey, was put on medical leave doctor's orders. White Castle was notified that Plaintiff Princess Dempsey was under doctor care and off sick leave for an entire month

19.Upon return 12/8//2024 Plaintiff Princess Dempsey met in the White Castle office again with Defendant Leslie Kujat, District Supervisor Manny Thakker, Regional Manager John Whitaker they discuss she was on an Performance Plan to get White Castle store in order Plaintiff Princess Dempsey stated she was out for an entire month and nothing was done a at the store?

19 On 12/13/2024 John Whitaker send me an email stating how great of a job I was doing and keeping my store a Gold Status my evaluation were 3.0 and a 3.5.

20. Defendant Leslie Kujat and District Manny Thakker arrived at the store two week later to inspected the store staying it was not clean enough the door has finger print on them, the Ice machine needed wipe down the cup in the back need to be wipe down. Plaintiff Princess Dempsey ask them both are you trying to fire me cause what you are doing is not White Castle, you are now creating something my staff cleans every morning. District Manny Thakker stated you have the right to feel that way.

21 On 1/9/2024 Defendant Leslie Kujat arrived at my White Castle John Whitaker Regional Director, and Ben Spies Team Member Services Manager, called me into the Lobby and Stated they was terminating my employment with the company. Plaintiff Princess Dempsey ask why, John Whitaker stated I was not meeting there

requirement, Plaintiff Dempsey stated my store went from Green to Gold, I 've Passed every inspection, what the problem??

22. Defendant Leslie Kujat read out loud, Plaintiff told them I'm refusing to Sign with my finger print if you known you were coming here to take action where is the written documentation. It was never produce. Plaintiff stated she did not agree.

23.Regional Director John Whitaker ask the Defendant Leslie Kujat to check the safe and to get my keys, Plaintiff Princess Dempsey safe was good and handed over the keys

24. Plaintiff Princess Dempsey email the CEO Lisa Ingram, regarding her termination with the company which she had someone send me an email to investigation Plaintiff Princess Dempsey Also filed with the EEOC and filed a Police report with Hoffman Estate on battery charge.

Statement of Facts and other counts

Count III (BATTERY UNDER ILLINOIS LAW)

Plaintiff Princess Dempsey alleges and re-alleges paragraph (1-24) as fully above. The Defendant Leslie Kujat intentionally touched Plaintiff Princess Dempsey Tort Law Battery is an intentional tort. When a person intentionally causes harmful or offensive contact with another person, the act is battery. 0n June 22, 2023 Defendant Leslie Kujat Punch Plaintiff Princess Dempsey in the Arm, Plaintiff Princess Dempsey did report it to Ben Spires in Human Resource for White Castle and to the Hoffman Estate police department,

Wherefore the Plaintiff Princess Dempsey demands compensatory damages in the amount of $20 million against Defendant White Castle Systems and Leslie Kujat District Supervisor, Plaintiff Princess Dempsey respectfully review of Court III according to Illinois law (720 ILCS 5/12-3) (from Ch. 38, par. 12-3) Sec. 12-3. Battery (a) A person commits battery if he or she knowingly without legal justification by any means (1) causes bodily harm to an individual or (2) makes physical contact of an insulting or provoking nature with an individual which in the law. This Count is not in the motion

COURT IV (RESPONDEAT SUPERIOR UNDER THE LAW)

Plaintiff Princess Dempsey alleges and re-allege paragraphs (1-24) as fully set forth Respondeat superior is a legal doctrine, most commonly used in tort, that holds an employer or principal legally responsible for the wrongful acts of an employee or agent, if such acts occur within the scope of the employment or agency. Typically when *respondeat superior* is invoked, a plaintiff will look to hold both the employer and the employee liable. As such, a court will generally look to the doctrine of joint and several liability when assigning damages. Therefore, Defendant Leslie Kujat in the scope of her position as District Supervisor and Plaintiff Princess Dempsey was not an Independent Contractor but an employee of White Castle Count IV hold Merit it is not a separate pled, Defendant White Castle System and Leslie Kujat is liable and according to Respondent Superior Motion to dismiss Should be denied. Plaintiff requested her employee records twice and only was given a partial record from the Defendant.

**Count V Retaliation and WHISTLEBLOWER** as a preliminary matter, Plaintiff however did exhaust her administrative remedies filed charge with the property department EEOC on 1/20/2023 Count IV motions to dismiss shall be denied in fact the Plaintiff Princess Dempsey EEOC was granted a letter of Right to Sue the Defendant stated no claim or filing was done on this matter Plaintiff has submitted the letter with this amendment, EEO laws prohibit punishing job applicants or employees for asserting their rights to be free from employment discrimination including harassment. Asserting these EEO rights is called "protected activity," and it can take many forms. For example, it is unlawful to retaliate against applicants or employees Defendant White Castle System, Inc. and Leslie Kujat refused to transfer the Plaintiff after being punch by Defendant human resource Ben Spies Team Member supervisor lack of investigation. Lied to them stating he couldn't see the tape and did not believe the Witness Aris Compton In 1989, Congress passed the Whistleblower Protection Act. This federal law guaranteed that federal whistleblowers would not face any retaliation if they spoke out about misconduct within their departments. The law protects any employee who reported illegal activity, as well as "mismanagement, gross waste of funds, abuse of authority or a substantial and specific danger to public health and safety" that was taking place in their offices. After the Enron and WorldCom

Castle Chesesa who is India and Jesse who is Spanish was continue to brought from the stores, when Plaintiff Dempsey would transfer product to her Castle she was put on a Performance Plan when Plaintiff question why are the other two enema manager on the plan since they are getting product from rom the Plaintiff store as well store and they both are running out f product and Plaintiff has to go to the warehouse to pick up product, Plaintiff feels she has been discriminated against Plaintiff Dempsey Title VII of the Civil Rights Act of 1964 protects individuals against employment discrimination on the basis of race and color as well as national origin, sex, or religion. It is unlawful to discriminate against any employee or applicant for employment because of race or color in regard to hiring, termination, promotion, compensation, job training, or any other term, condition, or privilege of employment. Title VII also prohibits employment decisions based on stereotypes and assumptions about abilities, traits, or the performance of individuals of certain racial groups. Title VII prohibits both intentional discrimination and neutral job policies that disproportionately exclude minorities and the

at are not job related. I ask that the court on the motion to be dismiss

**Count VII Wrongful Termination** Plaintiff Dempsey alleges and re-alleges in paragraph (1-24) Plaintiff Dempsey return back from FMLA leave and was under doctor came to monitor her condition for 1 year due to the serious o her condition, Plaintiff stated that her evaluation was 3.0 and 3.5 and my store has always been a Gold status and Plaintiff Dempsey stated that she was targeted and return off of FMLA within a month and was terminated for the Defendant stated shew was

scandals of 2002, Congress passed the Sarbanes-Oxley Act (SOX), which extended protections to whistleblowers outside the government sector. Under SOX, employees at private companies were also granted protections if they reported wrongdoing, which the government hoped would prevent further misconduct as we'd seen with the Enron Corporation so therefore the Plaintiff prays that the court Strike the Motion to dismiss VII Wrongful Termination Plaintiff alleges and re-alleges paragraphs (1-24) as fully set forth above Plaintiff states her last two evaluation was 3.0 and 3.5, her store status was rank High Gold level all her inspections on all leveled passed. Plaintiff was terminated because of the reported on the Defendant on the assault that taken place in the White Castle, several case like Superior Court Case No. CGC-12-526187 $20 Million Verdict For Whistleblower Who Exposed Financial Fraud of Elderly by Wyndham Vacation Ownership – World's Largest Timeshare Company or the case A jury has awarded a Filipino nurse more than 41 million dollars for wrongful termination after she was fired for raising concerns about unsafe working conditions. Plaintiff states that I was wrongful terminated for speaking up. A state of claim was shown action was taken, Plaintiff is asking the court that the motion to dismiss should be Denied in its entirely

**Count VI (Racial Discrimination)** Plaintiff Dempsey alleges and re-alleges (1-24) as fully set forth above Defendant Leslie Kujat was aware of other White

meeting the requirement still under the doctor's care.This court was not include on the Defendant Motion

**Court VIII Violation of Biometric System** Plaintiff Dempsey stated alleges and Re-alleges (1-24) Plaintiff Dempsey ask that she does not be finger print on this matter, she asks for manual document which the Defendant did not provided but assisted that Plaintiff has to use her fingerprint for the document violation of the Plaintiff rights this is clearly a violation. This count was not included in the Defendant Motion.

**Count IX Wages of Incentives**) Plaintiff Dempsey alleges and re-alleges (1-24) is set above, Plaintiff Dempsey represent a significant portions of the compensation they expect to receive in exchange for them being a 24hour gm cultivating their employer Defendant White refuse to pay incentive payment on my year ending 12/31/2023 which Plaintiff was still employed Plaintiff Dempsey was told as a g general Manager after 1-year Plaintiff Dempsey, Profit Sharing $1009.03 Annual Incentive $12,390.95 ask for the Defendant to pay the Plaintiff amount. Act of 1964. Protects individuals against employment discrimination on the basis of race and color as well as national origin, sex, or religion, It is unlawful to discriminate against any employee or applicant for employment because of race or color in regard to hiring, termination promotion compensation job training or any other term, condition, or privilege of employment. Title VII also prohibits employment decisions based on stereotypes and assumptions about abilities traits motion to was not included in the Defendant motion.. Plaintiff's legal claims

remove original Counts I, and Count II has been removed the EEOC letter right to sue has been added However, Defendant Motion to dismiss on Count IV Count V and Count VI Count VII should be denied in its entirely Plaintiff Complaint pertaining to civil penalties in order to clarify further Plaintiff can show cause upon the discovery hearing on facts of all the above claims, Plaintiff respectfully request that the courts denied the motion to dismiss on Count IV, V, VI and VII should be denied its entirely.

Plaintiff 's Complaint and for such other and further relief as the court deems just And equitable.

Respectfully submitted

Princess Dempsey, Prose
2329 S. 14th Avenue
Broadview, IL 60155